UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                   :

JINGOLI POWER, LLC,                              :

                                                   :         23 Civ. 7405 (PAE)

                            Plaintiff,        :

                                                   :              <u>ORDER</u>

                              -v-                         :

ORBITAL INFRASTRUCTURE GROUP, INC. ET AL,  :

                              Defendants.   :

------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

       On August 25, 2023 plaintiff filed a Notice of Suggestion of Bankruptcy, *see* Dkt. 6, that reported that both defendants, Orbital Infrastructure Group, Inc., and Orbital Energy Group, Inc., filed voluntary petitions for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Texas on August 23, 2023. All defendants are thus entitled to an automatic stay of "the commencement or continuation . . . of a judicial . . . proceeding against [them] that was . . . commenced before" the Bankruptcy. 11 U.S.C. § 362(a)(1). As such, the Court orders as follows:

1. This action is STAYED pending resolution of the bankruptcy;

2. By **November 29, 2023 and every 90 days thereafter**, plaintiff shall file a letter reporting on the status of the Bankruptcy.

       SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated: August 28, 2023
           New York, New York